Joshua Briones (SBN 205293)
joshua@brionespc.com
Jacob Hernandez (SBN 353049)
jacob@brionespc.com

**BRIONES PC**
1801 Century Park East, Suite 1840
Los Angeles, CA 90067
Telephone: 858-243-3819

*Attorneys for Defendant*
Included Health, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PEER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>INCLUDED HEALTH, INC. D/B/A DOCTOR ON DEMAND,<br><br>    Defendant. | Case No.: 4:26-cv-03908<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT INCLUDED HEALTH, INC. D/B/A DOCTOR ON DEMAND TO RESPOND TO THE COMPLAINT** |

-1-

ORDER

Before the Court is the Parties' Second Joint Stipulation to Extend Time for Defendant Included Health, Inc. d/b/a Doctor On Demand to Respond to the Complaint ("Joint Stipulation"). Having reviewed the Joint Stipulation and finding good cause, the Court hereby **GRANTS** the Joint Stipulation:

1. Defendant Included Health, Inc. d/b/a Doctor On Demand shall file an Answer or any Motion(s) to Dismiss or Strike Plaintiff's Complaint no later than August 7, 2026.

IT IS SO ORDERED.

Dated:  7/8/2026

HON. HAYWOOD S. GILLIAM, JR
United States District Judge