Joshua Briones (SBN 205293)
joshua@brionespc.com
Jacob Hernandez (SBN 353049)
jacob@brionespc.com

BRIONES PC
1801 Century Park East, Suite 1840
Los Angeles, CA 90067
Telephone: 858-243-3819

*Attorneys for Defendant*
Included Health, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE PEER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INCLUDED HEALTH, INC. D/B/A DOCTOR ON DEMAND,<br><br>Defendant. | Case No.: 4:26-cv-03908-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT INCLUDED HEALTH, INC. D/B/A DOCTOR ON DEMAND TO RESPOND TO THE COMPLAINT** |

Before the Court is the Parties' Third Joint Stipulation to Extend Time for Defendant Included Health, Inc. d/b/a Doctor On Demand to Respond to the Complaint ("Joint Stipulation"). Having reviewed the Joint Stipulation and finding good cause, the Court hereby **GRANTS** the Joint Stipulation:

1. Defendant Included Health, Inc. d/b/a Doctor On Demand shall file an Answer or any Motion(s) to Dismiss or Strike Plaintiff's Complaint no later than September 7, 2026.

IT IS SO ORDERED.

Dated: 8/10/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR
United States District Judge