Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**KYLE PEER,** *individually and on behalf of all others similarly situated,*
Plaintiff,

v.

**INCLUDED HEALTH, INC. D/B/A DOCTOR ON DEMAND**
Defendant.

Case No. 4:26-cv-03908-HSG

**ORDER GRANTING JOINT STIPULATION SELECTING ADR PROCESS AND DEADLINE**

Before the Court is the Parties' Joint Stipulation Selecting ADR Process and Deadline. Good cause appearing this Court GRANTS the Stipulation.

**IT IS SO ORDERED.**

Dated: 8/18/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE